**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COLLAZA,

                    Plaintiff,

    -against-                                           23 **CIVIL** 6030 (ALC)

                                                            **<u>JUDGMENT</u>**

JOHNSON & JOHNSON CONSUMER, INC.,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2024, the Court grants Defendant's motion to dismiss on preemption grounds. Dismissal is granted with prejudice. "The problem[s] with [Plaintiff's] causes of action [are] substantive... [and] better pleading will not cure [them]." Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000).

**Dated:** New York, New York

      August 28, 2024

                                                                    **DANIEL ORTIZ**
                                                            **Acting Clerk of Court**

                                             **BY:**

                                                             _____
                                                                 **Deputy Clerk**